# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CASE NO. 8:12CR47 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | O R D E R |
| -vs- | ) | |
| | ) | |
| **SAUL GOMEZ-MENDOZA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter comes before the Court on the request of the Federal Public Defender for the Court to authorize Angela Heimes, as a Criminal Justice Act training panel member, to assist in the defense of Saul Gomez-Mendoza.

Accordingly, pursuant to the terms of Appendix I, Part I(C) of the Amended Criminal Justice Act Plan for the District of Nebraska, Angela Heimes is hereby assigned to assist the Federal Public Defender in the representation of the defendant in the above-captioned case, and must file an entry of appearance forthwith.  Angela Heimes shall not be eligible to receive compensation for services in this case.

The Federal Public Defender shall continue to be primary counsel on behalf of the defendant, Saul Gomez-Mendoza.

**IT IS SO ORDERED.**

Dated: February 29, 2012.

BY THE COURT:

s/Thomas D. Thalken
UNITED STATES MAGISTRATE JUDGE